XAVIER BECERRA
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
ROSAILDA PEREZ
Deputy Attorney General
State Bar No. 284646
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3506
  Fax:  (415) 703-5480
  E-mail:  Rosailda.Perez@doj.ca.gov
*Attorneys for Defendant*
*California Highway Patrol*

GEORGE J. VASQUEZ
George J. Vasquez, Professional Law Corp.
State Bar No. 291395
  5588 N. Palm Ave., Ste. 109
  Fresno, CA  93704
  Telephone:  (559) 334-3783
  Fax:  (559) 476-5236
  E-mail:  gvasquez@georgevasquezlaw.com
*Attorney for Plaintiffs*

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
CHRISTOPHER B. WHITMAN
Deputy City Attorney
State Bar No. 223636
  1390 Market Street, Sixth Floor
  San Francisco, CA  94102-5408
  Telephone:  (415) 554-4240
  Fax:  (415) 554-3837
  E-mail: chris.whitman@sfcityatty.org
*Attorneys for Defendant*
*City & County of San Francisco*

SARWINDER S. DHANJAN
SSD Law Firm PC
State Bar No. 292496
  392 W. Fallbrook Ave., Ste. 108
  Fresno, CA  93711
  Telephone:  (559) 342-2000
  Fax:  (559) 400-8570
  E-mail:  sdhanjan@lawfirmssd.com
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTOPHER HEFFNER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL, et al.,**<br><br>Defendants. | 18-cv-02740-RS<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE, ORDER**<br><br>Judge:      Hon. Richard G. Seeborg<br>Trial Date:   N/A<br>Action Filed: February 2, 2018 |

1

1       The parties, through their respective attorneys of record, hereby stipulate and agree that the

2   entire action should be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure

3   41(a)(1)(A)(ii).  This stipulation to dismiss the entire action includes Doe Defendants 1 to 50 in

4   Plaintiffs' Complaint, as well as any and all unnamed law enforcement officers or employees of

5   the California Highway Patrol and of the City and County of San Francisco.

6       All parties will bear their own fees and costs.

7

8   Dated:  September 19, 2018                   Respectfully submitted,

9                                XAVIER BECERRA
                                 Attorney General of California
                                 JOHN P. DEVINE

10                               Supervising Deputy Attorney General

11                               */s/Rosailda Perez*

12                               ROSAILDA PEREZ
                                 Deputy Attorney General

13                               *Attorneys for Defendant CHP*

14                              */s/ Christopher Whitman*

15                               CHRISTOPHER B. WHITMAN

16                               Deputy City Attorney
                                 *Attorneys for Defendant City & County of SF*

17

18                               */s/George Vasquez*

19                               GEORGE J. VASQUEZ
                                 SARWINDER S. DHANJAN

20                               *Attorneys for Plaintiffs*

21

22  SF2018200281

23  21236352.docx

24

25

26

27

28

# ORDER

IT IS ORDERED that the entire action is dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  All parties shall bear their own fees and costs.

All future hearing dates are vacated.


Dated: __10/9/18_____

_[signature]_

United States District Judge